**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | |
|---|---|
| ESTATE OF RANDY S. WEST, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 05-6055-CV-SJ-DW |
| ) | |
| METROPOLITAN LIFE INS. CO., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This Court entered an Order on March 16, 2007, again reminding Plaintiffs of their duty to update the Court regarding the status of their case. The Court enumerated Plaintiffs' various failures to abide by previous Orders. Plaintiffs were again ordered to update the Court on the status of the case within seven (7) days of the date of the Order. Plaintiffs response was thus due on March 23, 2007. Plaintiffs were warned that failure to abide by that Order would result in dismissal for failure to comply with Court Orders.

Plaintiffs have now failed to respond to the Court's most recent Order. For the reasons stated, the Court hereby DISMISSES this case for failure to prosecute and for failure to comply with Court Orders. The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED.

Date:   April 12, 2007                                    /s/ DEAN WHIPPLE
                                                                   Dean Whipple
                                                      United States District Court